IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-429 |
| | ) | |
| AMBERWAVE SYSTEMS CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## AMBERWAVE'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), AmberWave Systems Corporation hereby states that it has no parent corporation and that no publicly traded corporations own more than 10% of the stock of AmberWave Systems Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Defendant AmberWave
  Systems Corporation

OF COUNSEL:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

July 12, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2006 I electronically filed AmberWave's Rule 7.1 Disclosure Statement with the Clerk of the Court using CM/ECF, which will send notification of such filing to Karen Keller.

I further certify that I caused copies of the foregoing document to be served on July 12, 2006 upon the following in the manner indicated:

**BY HAND**

Karen E. Keller
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

_____
Karen Jacobs Louden (#2881)
klouden@mnat.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-429 |
| ) | |
| AMBERWAVE SYSTEMS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## AMBERWAVE'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), AmberWave Systems Corporation hereby states that it has no parent corporation and that no publicly traded corporations own more than 10% of the stock of AmberWave Systems Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Defendant AmberWave
  Systems Corporation

OF COUNSEL:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

July 12, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2006 I electronically filed AmberWave's Rule 7.1 Disclosure Statement with the Clerk of the Court using CM/ECF, which will send notification of such filing to Karen Keller.

I further certify that I caused copies of the foregoing document to be served on July 12, 2006 upon the following in the manner indicated:

**BY HAND**

Karen E. Keller
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

_____
Karen Jacobs Louden (#2881)
klouden@mnat.com