IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-429 (KAJ) |
| | ) | |
| AMBERWAVE SYSTEMS | ) | |
| CORPORATION, | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

**AMBERWAVE SYSTEMS CORPORATION'S
AMENDED ANSWER AND COUNTERCLAIM**

Defendant AmberWave Systems Corporation ("AmberWave") responds as follows to the Complaint of Plaintiff Intel Corporation ("Intel").

1.      In response to paragraph 1, AmberWave admits that rules regarding jurisdiction are set forth in 28 U.S.C. §§ 1338(a), 2201, and 2202, which speak for themselves.  Except as expressly admitted, AmberWave denies each and every allegation of paragraph 1.

2.      In response to paragraph 2, AmberWave admits that rules regarding venue are set forth in 28 U.S.C. §§ 1391(b) and (c), which speak for themselves, and that AmberWave is incorporated in Delaware.

3.      In response to paragraph 3, AmberWave admits, on information and belief, that Intel is a Delaware corporation with its principal place of business in Santa Clara, California, and that Intel is engaged in, among other things, the business of manufacturing computer microprocessors.

4.      In response to paragraph 4, AmberWave admits that it is a Delaware corporation with its principal place of business in Salem, New Hampshire, and that it is engaged in, among other things, the business of developing and manufacturing strained silicon semiconductor technology.

5.      AmberWave admits the allegations of paragraph 5.

6.      In response to paragraph 6, AmberWave admits that on June 8, 2006, AmberWave communicated with Intel, and that the letter speaks for itself.  Except as expressly admitted, AmberWave denies each and every allegation of paragraph 6.

7.      In response to paragraph 7, AmberWave denies that Intel reasonably apprehends that AmberWave intended imminently to assert a claim against Intel under 35 U.S.C. § 271 alleging infringement of U.S. Patent No. 7,074,655 (the "'655 patent") by Intel's continuing to make, offering to sell, and selling its current commercial products.

8.      In response to paragraph 8, AmberWave denies that there is a continuing judiciable controversy between Intel and AmberWave as to AmberWave's rights to threaten or maintain suit for infringement of the '655 patent and as to whether any of Intel's current commercial products infringe the '655 patent.

9.      In response to paragraph 9, AmberWave re-alleges and incorporates herein by reference its responses to paragraphs 1 through 8.

10.     In response to paragraph 10, AmberWave denies each and every allegation contained therein.

11.     In response to paragraph 11, AmberWave denies each and every allegation contained therein.

12.     In response to paragraph 12, AmberWave denies each and every allegation contained therein.

13.     In response to paragraph 13, AmberWave denies each and every allegation contained therein.

## **FIRST DEFENSE**

14.     The Court lacks subject matter jurisdiction over the complaint or, in the alternative, should exercise its discretion to decline subject matter jurisdiction.

**SECOND DEFENSE**

15.     The filing of the complaint constitutes a violation of the District of Delaware Local Rules 7.1.1.

**COUNTERCLAIM**

For its counterclaim, AmberWave alleges as follows:

**PARTIES AND JURISDICTION**

16.     This is an action for patent infringement arising under the United States Patent Act, 35 U.S.C. § 101 *et seq.*

17.     AmberWave is a Delaware corporation with its principal place of business in Salem, New Hampshire.

18.     AmberWave is informed and believes, and thereon alleges, that Intel is a Delaware corporation with its principal place of business in Santa Clara, California.

19.     The Court has subject matter jurisdiction over this counterclaim under 28 U.S.C. §§ 1331 and 1338(a).

20.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391(c) and 1400(b).

**BACKGROUND**

21.     On July 8, 2006, AmberWave asked Intel whether it would assent to a motion to amend to add the '655 patent after it issued in *Intel Corp. v. AmberWave Systems Corp.*, 05-301-KAJ, a consolidated patent infringement action between the parties already filed in the District of Delaware.

22.     On the morning of June 11, the same day the '655 patent issued, counsel for Intel informed AmberWave that it would soon respond to AmberWave's request to meet and confer.  Instead of responding, Intel surreptitiously filed a declaratory judgment action on the '655 patent, violating its obligations under the Delaware local rule.

**PATENT IN SUIT**

23.    The '655 patent, entitled "Gate Material for Semiconductor Device Fabrication," was duly and legally issued on July 11, 2006. AmberWave is the owner by assignment of all right, title and interest in and to the '655 patent. A true and correct copy of the '655 patent is attached hereto as Exhibit A.

**CLAIM FOR RELIEF**

**(Patent Infringement by Intel)**

24.    AmberWave incorporates herein by this reference paragraphs 16 through 23 as if set forth in full.

25.    AmberWave is informed and believes, and thereon alleges, that in violation of 35 U.S.C. § 271, Intel has been and is currently directly infringing, contributorily infringing, and/or inducing infringement of the '655 patent by, among other things, making, using, offering to sell, selling, and/or importing, without authority or license from AmberWave, certain semiconductor devices and processes, including at least certain noncommercial semiconductor devices and processes.

26.    AmberWave is informed and believes, and thereon alleges, that Intel's infringement of the '655 patent has been and continues to be willful.

27.    Unless enjoined, Intel will continue to infringe the '655 patent, and AmberWave will suffer irreparable injury as a direct and proximate result of Intel's conduct.

28.    AmberWave has been damaged by Intel's conduct, and until an injunction issues will continue to be damaged in an amount yet to be determined.

**PRAYER FOR RELIEF**

WHEREFORE, AmberWave prays for relief as follows:

A.    For a determination that Intel has infringed the '655 patent, and that Intel's infringement has been willful;

B.      For an order preliminarily and permanently enjoining Intel, and its directors, officers, employees, attorneys, agents, and all persons in active concert or participation with any of them from further acts of infringement of the '655 patent;

C.      For damages resulting from infringement of the '655 patent by Intel in an amount to be determined at trial, and the trebling of such damages due to the willful nature of the infringement;

D.      For an award of interest on damages;

E.      For a declaration that this case is exceptional pursuant to 35 U.S.C. § 285 and an award of attorneys' fees and costs; and

F.      For such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

AmberWave hereby demands a trial by jury on any issue triable of right by a jury.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/    Karen Jacobs Louden
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Defendant AmberWave Systems
  Corporation

OF COUNSEL:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

August 1, 2006

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that on August 1, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on August 1, 2006, upon the following and in the manner indicated:

### BY HAND

Josy W. Ingersoll
John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

### BY EMAIL AND FEDERAL EXPRESS

George M. Newcombe
Jeffrey E. Ostrow
Patrick E. King
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304

/s/  Karen Jacobs Louden
klouden@mnat.com

EXHIBIT A



US007074655B2

(12) **United States Patent**
Lochtefeld et al.

(10) Patent No.:    **US 7,074,655 B2**
(45) Date of Patent:    *Jul. 11, 2006

(54) **GATE MATERIAL FOR SEMICONDUCTOR DEVICE FABRICATION**

(75) Inventors: **Anthony J. Lochtefeld**, Somerville, MA (US); **Dimitri Antoniadis**, Newton, MA (US); **Matthew T. Currie**, Brookline, MA (US)

(73) Assignee: **AmberWave Systems Corporation**, Salem, NH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/237,175**

(22) Filed: **Sep. 28, 2005**

(65) **Prior Publication Data**

US 2006/0024869 A1    Feb. 2, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 10/691,007, filed on Oct. 22, 2003.

(60) Provisional application No. 60/420,227, filed on Oct. 22, 2002.

(51) **Int. Cl.**
*H01L 21/00*    (2006.01)
*H01L 27/01*    (2006.01)

(52) **U.S. Cl.** ...................... **438/149**; 438/150; 438/198; 438/938; 257/347; 257/350; 257/351

(58) **Field of Classification Search** ................ 438/149, 438/150, 198, 933, 938; 257/190, 191, 192, 257/347, 350, 351
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,227,644 A | 7/1993 | Ueno | |
| 6,268,253 B1 | 7/2001 | Yu | |
| 6,383,879 B1 | 5/2002 | Kizilyalli et al. | |
| 6,429,061 B1 | 8/2002 | Rim | |
| 2002/0076886 A1 | 6/2002 | Rotondaro et al. | |
| 2003/0227057 A1 | 12/2003 | Lochtefeld et al. | |
| 2004/0005740 A1 | 1/2004 | Lochtefeld et al. | |
| 2004/0031979 A1 | 2/2004 | Lochtefeld et al. | |
| 2004/0075105 A1 | 4/2004 | Leitz et al. | |
| 2004/0115916 A1 | 6/2004 | Lochtefeld et al. | |
| 2004/0137685 A1* | 7/2004 | Lochtefeld et al. | ......... 438/285 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 784 339 A2 | 7/1997 |
| WO | 01/93338 A1 | 12/2001 |

OTHER PUBLICATIONS

Imai et al. (May, 2002) "A 100nm Node CMOS Technology for System-on-a-Chip Applications". *IEICE Trans. Electron.*, vol. E85-C, No. 5, pp. 1057-1063.

(Continued)

*Primary Examiner*—Kevin M. Picardat
(74) *Attorney, Agent, or Firm*—Goodwin Procter LLP

(57)    **ABSTRACT**

In forming an electronic device, a semiconductor layer is pre-doped and a dopant distribution anneal is performed prior to gate definition. Alternatively, the gate is formed from a metal. Subsequently formed shallow sources and drains, therefore, are not affected by the gate annealing step.

**31 Claims, 10 Drawing Sheets**



**US 7,074,655 B2**

Page 2

OTHER PUBLICATIONS

Park et al. (2002) "Gate Postdoping to Decouple Implant/ Anneal for Gate, Source/Drain, and Extension: Maximizing Polysilicon Gate Activation for 0.1 μm CMOS Technologies", *2002 Symposium on VLSI Technology Digest of Technical Papers*, pp. 134-135.

Reinking et al. (Mar. 1999) "Fabrication of high-mobility Ge p-channel MOSFETs on Si substrates", *Electronics Letters*, vol. 35, No. 6, pp. 503-504.

Rim et al. (2002) "Characteristics and Device design of Sub-100 nm Strained SI N-and PMOSFETs", *2002 Symposium on VLSI Technology Digest of Technical Papers*, pp. 98-99.

Su et al. (2000) "Strained $Si_{1-x}Ge_x$ graded channel PMOSFET grown by UHVCVD", *Thin Solid Films, Elsevier Science*, vol. 369, No. 1-2, pp. 371-374.

Takagi et al. (Aug., 2001) "Strained-Si-on-Insulator (Strained-SOI) MOSFETs-Concept, Structures and Device Characteristics", IEICE Trans. Electron., vol. E84-C, No. 8, pp. 1043-1050.

Wyon (2002) "Future technology for advanced MOS devices", *Nuclear Instruments & Methods in Physics Research, Section-B:Beam Interactions With Materials and Atoms*, North-Holland Publishing Company, Amsterdam, NL, vol. 186, No. 1-4, pp. 380-391.

Xiang et al. (2000) "Very High Performance 40nm CMOS with Ultra-thin Nitride/Oxynitride Stack Gate Dielectric and Pre-doped Dual Poly-Si Gate Electrodes", *International Electron Devices Meeting 2000 IEDM Technical Digest*, pp. 860-862.

International Search Report for PCT/US03/33561, dated Mar. 24, 2004.

* cited by examiner



FIG. 1



**FIG. 2**



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8B



FIG. 8A



FIG. 9



FIG. 10

US 7,074,655 B2

1

# GATE MATERIAL FOR SEMICONDUCTOR DEVICE FABRICATION

## RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 10/691,007, filed Oct. 22, 2003, which claims the benefit of U.S. Provisional Application 60/420,227 filed Oct. 22, 2002; the entire disclosures of both applications are hereby incorporated by reference.

## FIELD OF THE INVENTION

This application relates generally to semiconductor devices and particularly to semiconductor structures made on semiconductor substrates with strained layers.

## BACKGROUND

Formation of metal-oxide-semiconductor field-effect transistors (MOSFETs) requires the introduction of dopants into, e.g., a silicon (Si) substrate to define source and drain regions. Dopants are also introduced into a gate material, such as polycrystalline silicon (polysilicon), to achieve a desired conductivity. Dopants disposed in source, drain, and gate (S/D/G) regions are activated by a heat treatment to provide the needed electrical characteristics. For good-quality n-type MOS (NMOS) devices, dopant activation is typically performed at a high temperature, e.g., at least 1000° C. for 5 seconds, to avoid polysilicon depletion effects. A gate in which the polysilicon is depleted has a non-uniform distribution of dopants, with a relatively low concentration of dopants near an interface with a gate dielectric. This depletion region can result in reduced gate capacitance during device operation, resulting in a lower transistor drive current.

Activation of dopants in regions defined on substrates with strained layers, such as strained Si, presents a challenge. Strained Si substrates include a thin strained Si layer having a thickness of, e.g., 40–400 Å. The strained Si layer is disposed over a second material, e.g., a relaxed SiGe layer. A compressively strained SiGe layer may be disposed above or below the strained Si layer. These layer structures may make it difficult to maintain shallow source/drain junctions in, for example, complementary MOS (CMOS) devices, especially when the strained Si/SiGe substrate is subjected to high temperatures. This difficulty arises from the different diffusion rates of dopants in SiGe and in Si. For example, arsenic (As) may diffuse much more rapidly in SiGe than in Si at temperatures significantly above 900° C. and/or times significantly above 30 seconds. This rapid diffusion leads to deeper source/drain junctions in NMOS transistors fabricated on strained-Si/SiGe substrates and/or excessive lateral diffusion of dopants beneath the gate, i.e., into the channel region. Because of the diffusion of As into a channel of the NMOS transistor, the transistor has a high off current ($I_{off}$) and it becomes more difficult to turn off.

In alternative structures, the second material over which the strained layer is disposed may be e.g., a bulk semiconductor substrate, or an insulating material. Here, too, it may be difficult to maintain shallow source/drain junctions or prevent excessive lateral diffusion of dopants, especially when the strained structures are subjected to high temperatures. This difficulty arises from the different diffusion rates of dopants in strained layers in comparison to bulk, non-strained materials. For example, boron diffuses faster through strained Si than through bulk Si.

2

A possible solution is to perform the S/D/G dopant activation at a restricted time and temperature (e.g., 900° C. for 30 sec). However, these restricted parameters may lead to unacceptable polysilicon depletion effects.

## SUMMARY

A semiconductor layer is pre-doped and a dopant distribution anneal is performed prior to gate definition. Subsequently formed shallow sources and drains, therefore, are not affected by the gate annealing step.

In an aspect, the invention features a method for forming a structure, the method including forming a layer over a substrate, the layer having a depletion region with a thickness less than approximately 20 angstroms. A portion of the layer is removed to define a gate of a transistor, the gate defining a channel length. A plurality of dopants are introduced into the substrate proximate the gate to define a source and a drain, and the substrate is heated to a temperature to activate the plurality of dopants. The temperature is sufficiently low to prevent at least a portion of the plurality of dopants from diffusing enough to induce a high off current.

One or more of the following features may be included. The substrate may include an insulating layer. A strained layer may be disposed over the insulating layer. The substrate may include a strained layer. The strained layer may be tensilely strained or compressively strained. The substrate may include a relaxed layer. The substrate may include germanium. The depletion region thickness may be less than 10 angstroms.

The induced off current may be less than $10^{-6}$ Amperes per micrometer, and preferably may be less than $10^{-9}$ Amperes per micrometer.

After the plurality of dopants are introduced, a portion of the plurality of dopants disposed in a region of the source may define a source extent proximate the channel, and after heating the substrate, the source extent may diffuses under the gate a distance extending less than 12.5% of the channel length. A concentration of the portion of dopants at the source extent may be at least approximately $10^{18}$ atoms/cubic centimeter.

After the plurality of dopants are introduced, a portion of the plurality of dopants disposed in a region of the drain may define a drain extent proximate the channel, and after heating the substrate, the drain extent may diffuse under the gate a distance extending less than 12.5% of the channel length. A concentration of the portion of dopants at the drain extent may be at least approximately $10^{18}$ atoms/cubic centimeter.

The layer may include a semiconductor and the step of forming the layer may include introducing a plurality of gate dopants into the layer, and heating the layer to a first temperature to alter a distribution of the gate dopants in the layer. The semiconductor may include silicon and/or germanium.

The layer may include a metallic element, such as at least one of molybdenum, titanium, tantalum, tungsten, iridium, nickel, cobalt, and platinum.

In another aspect, the invention features a method for forming a structure, the method including introducing a first plurality of dopants into a gate electrode layer disposed over a substrate. The gate electrode layer is heated to a first temperature to alter a distribution of the first plurality of dopants in the gate electrode layer. A portion of the gate electrode layer is removed to define a gate of a transistor. A second plurality of dopants is introduced into the substrate proximate the gate to define a source and a drain. The

US 7,074,655 B2

3

substrate is heated to a second temperature to activate the second plurality of dopants, with second temperature being less than the first temperature.

One or more of the following features may be included. The substrate may include an insulating layer. The substrate may include a strained layer disposed over the insulating layer.

The substrate may include a strained layer. The strained layer may be tensilely strained or compressively strained. The substrate may include a relaxed layer. The substrate may include germanium.

The first temperature may be greater than 1000° C. The second temperature may be less than 1000° C.

The gate electrode layer may include a semiconductor layer, such as silicon and/or germanium.

The first plurality and the second plurality of dopants may include n-type dopants and/or p-type dopants.

In another aspect, the invention features a method for forming a structure, the method including introducing a first plurality of dopants into a gate electrode layer disposed over a substrate. The semiconductor layer is heated for a first time period to alter a distribution of the first plurality of dopants in the gate electrode layer. A portion of the gate electrode layer is removed to define a gate of a transistor. A second plurality of dopants is introduced into the substrate proximate the gate to define a source and a drain. The substrate is heated for a second time period to activate the second plurality of dopants, with the second time period having a shorter duration than a duration of the first time period.

One or more of the following features may be included. The substrate may include an insulating layer. The substrate may include a strained layer disposed over the insulating layer. The substrate may include a strained layer. The strained layer may be tensilely strained or compressively strained. The substrate may include a relaxed layer. The substrate may include at least one of silicon and germanium.

The first time period may be greater than 5 seconds. In some embodiments, the first time period may be greater than 30 seconds.

The gate electrode layer may include a semiconductor layer. The semiconductor layer may include silicon and/or germanium.

The first and the second plurality of dopants may include n-type dopants and/or p-type dopants.

In another aspect, the invention features a structure including a strained layer disposed over a substrate. A first transistor includes a first source and a first drain, with at least a portion of the first source and the first drain disposed in a first portion of the strained layer. The first gate is disposed above the strained layer and between the source and drain regions, the first gate including a first metal. A first gate dielectric layer is disposed between the first gate and the strained layer.

One or more of the following features may be included. The substrate may include dielectric material and the strained layer may be disposed in contact with the dielectric material. The first metal may be selected from the group consisting of titanium, tungsten, molybdenum, tantalum, nickel, cobalt, and platinum. The strained layer may include silicon or germanium, or a metal–semiconductor alloy. In some embodiments, the gate may include only metal silicide.

A channel may be disposed under the gate. The source may include a source extent proximate the channel, the source extent extending under the gate a distance less than 12.5% of a channel length. A concentration of dopants in the source extent may be at least approximately $10^{18}$ atoms/

4

cubic centimeter. The drain may include a drain extent proximate the channel, the drain extent extending under the gate a distance less than 12.5% of a channel length. A concentration of dopants in the drain extent may be at least approximately $10^{18}$ atoms/cubic centimeter.

The structure may have a second transistor that includes a second source and a second drain, with at least a portion of the first source and the first drain disposed in a second portion of the strained layer. A second gate may be disposed above the strained layer and between the second source and second drain regions, the second gate including a second metal. A second gate dielectric layer may be disposed between the second gate and the strained layer. The first transistor may be an n-type metal-oxide semiconductor field-effect transistor, the first source and the first drain may include n-type dopants, the second transistor may be a p-type metal-oxide-semiconductor field-effect transistor, and the second source and second drain may include p-type dopants.

The first gate may have a first workfunction, the second gate may have a second workfunction, and the first work-function may be substantially equal to or substantially different from the second workfunction.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1–4 illustrate several substrates amenable for use fabrication of semiconductor structures;

FIGS. 5–8A are a series of schematic cross-sectional views of a semiconductor substrate illustrating a process for fabricating a semiconductor structure on the substrate;

FIG. 8B graphically depicts a distribution of dopants in the semiconductor structure illustrated in FIG. 8A;

FIG. 9 is a schematic cross-sectional view of a semiconductor structure fabricated on the substrate; and

FIG. 10 is a schematic cross-sectional view of a semiconductor structure fabricated on another substrate.

Like-referenced features represent common features in corresponding drawings.

DETAILED DESCRIPTION

Referring to FIG. 1, which illustrates an epitaxial wafer 100 amenable to use with the present invention, several layers collectively indicated at 101, including a strained layer 102 and a relaxed layer 104, are disposed over a substrate 106. The ensuing discussion focuses on a strained layer 102 that is tensilely strained, but it is understood that strained layer 102 may be tensilely or compressively strained. Strained layer 102 has a lattice constant other than the equilibrium lattice constant of the material from which it is formed, and it may be tensilely or compressively strained; relaxed layer 104 has a lattice constant equal to the equilibrium lattice constant of the material from which it is formed. Tensilely strained layer 102 shares an interface 108 with relaxed layer 104.

Substrate 106 and relaxed layer 104 may be formed from various materials systems, including various combinations of group II, group III, group IV, group V, and group VI elements. For example, each of substrate 106 and relaxed layer 104 may include a III–V compound. Substrate 106 may include gallium arsenide (GaAs), and relaxed layer 104 may include indium gallium arsenide (InGaAs) or aluminum gallium arsenide (AlGaAs). These examples are merely illustrative, and many other material systems are suitable.

In an embodiment, relaxed layer 104 may include $Si_{1-x}Ge_x$ with a uniform composition, containing, for example,

US 7,074,655 B2

5                                                                          6

Ge in the range $0.1 \leq x \leq 0.9$ and having a thickness $T_1$ of, e.g., 0.2–2 μm. In an embodiment, $T_1$ is 1.5 μm.

Strained layer 102 may include a semiconductor such as at least one of a group II, a group III, a group IV, a group V, and a group VI element. Strained semiconductor layer 102 may include, for example, Si, Ge, SiGe, GaAs, indium phosphide (InP), and/or zinc selenide (ZnSe). In some embodiments, strained semiconductor layer 102 may include approximately 100% Ge, and may be compressively strained. A strained semiconductor layer 102 comprising 100% Ge may be formed over, e.g., a relaxed layer 104 containing uniform $Si_{1-x}Ge_x$ having a Ge content of, for example, 50–90% (i.e., x=0.5–0.9), preferably 70% (i.e., x=0.7).

In an embodiment, tensilely strained layer 102 is formed of silicon. Tensilely strained layer 102 has a thickness $T_2$ of, for example, 50–1000 Å. In an embodiment, thickness $T_2$ is less than 200 Å.

Relaxed layer 104 and strained layer 102 may be formed by epitaxy, such as by atmospheric-pressure CVD (APCVD), low- (or reduced-) pressure CVD (LPCVD), ultra-high-vacuum CVD (UHVCVD), by molecular beam epitaxy (MBE), or by atomic layer deposition (ALD). Strained layer 102 containing Si may be formed by CVD with precursors such as silane, disilane, or trisilane. Strained layer 102 containing Ge may be formed by CVD with precursors such as germane or digermane. The epitaxial growth system may be a single-wafer or multiple-wafer batch reactor. The growth system may also utilize a low-energy plasma to enhance layer growth kinetics.

In an embodiment in which strained layer 102 contains substantially 100% Si, strained layer 102 may be formed in a dedicated chamber of a deposition tool that is not exposed to Ge source gases, thereby avoiding cross-contamination and improving the quality of interface 108 between strained layer 102 and relaxed layer 104. Furthermore, strained layer 102 may be formed from an isotopically pure silicon precursor(s). Isotopically pure Si has better thermal conductivity than conventional Si. Higher thermal conductivity may help dissipate heat from devices subsequently formed on strained layer 102, thereby maintaining the enhanced carrier mobilities provided by strained layer 102.

In some embodiments, relaxed layer 104 and/or strained layer 102 may be planarized by, e.g., CMP, to improve the quality of subsequent wafer bonding. Strained layer 102 may have a low surface roughness, e.g., less than 0.5 nanometer (nm) root mean square (RMS).

Referring to FIG. 2, an alternative epitaxial wafer 100 amenable for use with the present invention may include layers in addition to those indicated in FIG. 1. For example, a substrate 200 formed from a semiconductor, such as silicon, may have several layers collectively indicated at 202 formed upon it. Layers 202 may be grown, for example, by APCVD, LPCVD, or UHVCVD.

Layers 202 include a graded layer 204 disposed over substrate 200. Graded layer 204 may include Si and Ge with a grading rate of, for example, 10% Ge per μm of thickness, and a thickness $T_3$ of, for example, 2–9 μm. Graded layer 204 may be grown, for example, at 600–1200° C. See, e.g., U.S. Pat. No. 5,221,413, incorporated herein by reference in its entirety. Relaxed layer 104 is disposed over graded layer 204. A virtual substrate 206 includes relaxed layer 104 and graded layer 204.

A compressively strained layer 208 including a semiconductor material is disposed over relaxed layer 104. In an embodiment, compressively strained layer 208 includes group IV elements, such as $Si_{1-y}Ge_y$, with a Ge content (y)

higher than the Ge content (x) of relaxed $Si_{1-x}Ge_x$ layer 104. Compressively strained layer 208 contains, for example, Ge in the range $0.25 \leq y \leq 1$ and has a thickness $T_4$ of, e.g., 10–500 angstroms (Å). In some embodiments, compressively strained layer 208 has a thickness $T_4$ of less than 500 Å. In certain embodiments, $T_4$ is less than 200 Å.

Tensilely strained layer 102 is disposed over compressively strained layer 208, sharing an interface 210 with compressively strained layer 208. In some embodiments, compressively strained layer 208 may be disposed not under, but over tensilely strained layer 102.

Substrate 200 with layers 202 typically has a threading dislocation density of $10^{4-105}/cm^2$.

Referring to FIG. 3, yet another alternative epitaxial wafer amenable for use with the present invention is a strained-semiconductor-on-semiconductor SSOS substrate 300, having a strained layer 102 disposed in contact with a crystalline semiconductor handle wafer 310. Handle wafer 310 may include a bulk semiconductor material, such as silicon. The strain of strained layer 102 is not induced by underlying handle wafer 310, and is independent of any lattice mismatch between strained layer 102 and handle wafer 310. In an embodiment, strained layer 102 and handle wafer 310 include the same semiconductor material, e.g., silicon. Handle wafer 310 may have a lattice constant equal to a lattice constant of strained layer 102 in the absence of strain. Strained layer 102 may have a strain greater than approximately $10^{-3}$. Strained layer 102 may have been formed by epitaxy, and may have a thickness $T_2$ ranging from approximately 20 Å to approximately 1000 Å, with a thickness uniformity of better than approximately ±10%. In an embodiment, strained layer 102 may have a thickness uniformity of better than approximately ±5%. Strained layer 102 may have a surface roughness of less than 20 Å.

The SSOS substrate 300 may be formed, as described in U.S. Ser. Nos. 10/456,708, 10/456,103, 10/264,935, and 10/629,498, the entire disclosures of each of the four applications being incorporated herein by reference. The SSOS substrate formation process may include the formation of strained layer 102 over substrate 106 as described above with reference to FIG. 1. A cleave plane may be defined in, e.g., relaxed layer 104. Strained layer 102 may be bonded to the handle wafer 310, and a split may be induced at the cleave plane. Portions of the relaxed layer 104 remaining on strained layer 102 may be removed by, e.g., oxidation and/or wet etching.

Yet another epitaxial wafer amenable for use with the present invention is a strained-semiconductor-on-insulator (SSOI) wafer 400. Referring to FIG. 4, a SSOI wafer 400 has strained layer 102 disposed over an insulator, such as a dielectric layer 410 formed on a semiconductor substrate 420. SSOI substrate 400 may be formed by methods analogous to the methods described above in the formation of SSOS substrate 300. Dielectric layer 410 may include, for example, $SiO_2$. In an embodiment, dielectric layer 410 includes a material having a melting point ($T_m$) higher than a $T_m$ of pure $SiO_2$, i.e., higher than 1700° C. Examples of such materials are silicon nitride ($Si_3N_4$), aluminum oxide, magnesium oxide, etc. In another embodiment, dielectric layer 410 includes a high-k material with a dielectric constant higher than that of $SiO_2$, such as aluminum oxide ($Al_2O_3$), hafnium oxide ($HfO_2$) or hafnium silicate ($HfSiON$ or $HfSiO_4$). Semiconductor substrate 420 includes a semiconductor material such as, for example, Si, Ge, or SiGe. Strained layer 102 has a thickness $T_4$ selected from a range of, for example, 50–1000 Å, with a thickness uniformity of better than approximately +5% and a surface roughness of

US 7,074,655 B2

7

less than approximately 20 Å. Dielectric layer **410** has a thickness $T_5$ selected from a range of, for example, 500–3000 Å. In an embodiment, strained layer **102** includes approximately 100% Si or 100% Ge having one or more of the following material characteristics: misfit dislocation density of, e.g., $0$–$10^5$ cm/cm²; a threading dislocation density of about $10^1$–$10^7$ dislocations/cm²; a surface roughness of approximately 0.01–1 nm RMS; and a thickness uniformity across SSOI substrate **400** of better than approximately ±10% of a mean desired thickness; and a thickness $T_4$ of less than approximately 200 Å. In an embodiment, SSOI substrate **400** has a thickness uniformity of better than approximately ±5% of a mean desired thickness.

In an embodiment, dielectric layer **410** has a $T_m$ greater than that of $SiO_2$. During subsequent processing, e.g., MOSFET formation, SSOI substrate **400** may be subjected to high temperatures, i.e., up to 1100° C. High temperatures may result in the relaxation of strained layer **102** at an interface **430** between strained layer **102** and dielectric layer **410**. The use of dielectric layer with a $T_m$ greater than 1700° C. may help keep strained layer **102** from relaxing at the interface **430** between strained layer **102** and dielectric layer **410** when SSOI substrate **400** is subjected to high temperatures.

In an embodiment, the misfit dislocation density of strained layer **102** may be lower than its initial dislocation density. The initial dislocation density may be lowered by, for example, performing an etch of a top surface **440** of strained layer **102**. This etch may be a wet etch, such as a standard microelectronics clean step such as an RCA SC1, i.e., hydrogen peroxide, ammonium hydroxide, and water ($H_2O_2$+$NH_4OH$+$H_2O$), which at, e.g., 80° C. may remove silicon.

In an embodiment, substrate **210** with layers **202** is processed through various CMOS front-end steps such as well definition and isolation formation (not shown).

Referring to FIG. **5**, a gate dielectric layer **500** is formed on a top surface **510** of strained layer **102**. Gate dielectric layer **500** is, for example, a thermally grown gate oxide such as silicon dioxide ($SiO_2$). Alternatively, gate dielectric layer **500** may include a high-k material with a dielectric constant higher than that of $SiO_2$, such as aluminum oxide ($Al_2O_3$), hafnium oxide ($HfO_2$) or hafnium silicate ($HfSiON$ or $HfSiO_4$). In some embodiments, gate dielectric layer **500** may be a stacked structure, e.g., a thin $SiO_2$ layer capped with a high-k material. A gate electrode layer **520** is formed over gate dielectric layer **500**. Gate electrode layer **520** may include, for example, polysilicon, amorphous silicon, Ge, or SiGe gate material.

Referring to FIG. **6**, an implantation mask **600** is formed over gate electrode layer **520**. Implantation mask **600** may be made of a masking material such as photoresist. Implantation mask **600** defines an opening **610**, with opening **610** exposing a portion **620** of gate electrode layer **520** (defined for purposes of illustration by the dashed lines). Gate electrode layer portion **620** is disposed over a portion of region **630** of substrate **200** and layers **202** in which NMOS devices will be formed. Implantation mask **600** protects portions of the top surface **640** of gate electrode layer **520** disposed over regions of substrate **200** and layers **202** in which NMOS devices will not be formed. In the illustrated embodiment, implantation mask exposes only an area **620** in which an NMOS gate will be defined (see below). In some other embodiments, implantation mask **600** exposes entire regions of gate electrode layer **520** disposed over regions of substrate **200** and layers **202** in which NMOS devices will be formed, including regions in which n-type sources and drains will be formed (see below).

8

Subsequent to the formation of implantation mask **600**, a plurality of n-type dopants **650** are introduced into gate electrode layer portion **620** through opening **610**. N-type dopants **650** may be, for example, As or phosphorus (P) ions introduced by ion implantation. After the implantation of n-type dopants, implantation mask **600** is removed by a stripping process such as a dry strip in an oxygen plasma. A diffusion anneal is performed to diffuse n-type dopants **650** uniformly in a vertical direction throughout portion **620** of gate electrode layer **520**. This diffusion anneal is performed at a relatively high temperature, e.g., over 1000° C., such as 1025° C., for a sufficiently long time to uniformly diffuse dopants **650**, e.g., 5 seconds or more. The diffusion anneal results in the formation of a depletion region **660** in portion **620** of gate electrode layer **520** having a thickness $T_6$ of, e.g., less than 20 angstroms, preferably less than 10 angstroms.

Referring to FIG. **7**, as well as to FIG. **6**, a gate **700** formed from gate electrode layer **520** is defined as follows. A gate photoresist mask (not shown) is deposited and patterned to protect at least part of portion **620** of gate electrode layer **520**. Regions of gate electrode layer **520**, as well as regions of portion **620**, exposed by the gate photoresist mask are removed by a removal process such as reactive ion etching (RIE). Subsequently, portions of dielectric layer **500** exposed by the RIE of portions of gate electrode layer **520** are also removed by a removal step, such as RIE with an etch chemistry selective to the material comprising strained layer **102**, such as Si. Removal of portions of dielectric layer **500** exposes top surface **510** of strained layer **102**, and defines a gate dielectric **710** disposed under gate **700**. The gate photoresist mask is removed by, for example, a stripping process such as a dry strip in an oxygen plasma. Gate **700** includes a uniform distribution of n-type dopants, and defines an initial channel length $L_1$.

Referring to FIG. **8A**, a shallow implantation of n-type dopants, such as As, is performed to define a source extension **800** and a drain extension **810** in strained layer **102**. A first sidewall spacer **820** and a second sidewall spacer **830** are defined proximate gate **700**. First and second sidewall spacers **820**, **830** are formed from a dielectric, such as silicon dioxide or silicon nitride. A source **840** and a drain **850** may be defined in portions of strained layer **102**, compressively strained layer **208**, and relaxed layer **104**, proximate first and second sidewall spacers **820**, **830**. In some embodiments, source **840** and drain **850** may be defined in strained layer **102**. Source **840** and drain **850** are defined by the introduction of a plurality of dopants, such as by an implantation of n-type dopants, e.g., As, into layers **202** disposed over substrate **200**. These dopants are substantially prevented from reaching regions of compressively strained layer **208** and strained layer **102** disposed below gate dielectric **710** by the presence of sidewall spacers **820**, **830**.

After the introduction of dopants to define source **840**, drain **850**, source extension **800**, and drain extension **810**, an activation anneal is performed to activate these dopants. The activation anneal is performed at a relatively low temperature, e.g., less than 1000° C. For example, an activation anneal may be done at 900° C. for 30 seconds. Alternatively, the activation anneal may be done for a very short duration at a higher temperature, e.g., 1 second at 1100° C. In an alternative embodiment, an activation anneal of extremely short duration (e.g., less than 1 second) may be performed by techniques such as flash lamp annealing or laser annealing at temperatures between 900° C. and 1350° C. This temperature and time are sufficient to activate the dopants in the source **840** and drain **850**, without inducing excessive diffusion of n-type dopants into a channel **860** under gate

US 7,074,655 B2

9

700. As a result of this procedure, good dopant activation is achieved and polysilicon depletion avoided due to the high-temperature diffusion anneal. At the same time, dopants in the vicinity of strained layer 102 and/or compressively strained layer 208 do not experience high temperatures for long durations (high thermal budgets) and, hence, do not significantly invade these layers beyond the boundaries of source 840, drain 850, source extension 800, and drain extension 810. Dopants do not diffuse into channel 860 enough to induce a high off current. The off current may be less than $10^{-6}$ Amperes per micrometer. In some embodiments, the off current is less than $10^{-9}$ Amperes per micrometer.

Referring to FIG. 8B as well as to FIG. 8A, a concentration of dopants in layers 202 may be graphically depicted with a graph 865, with an x-axis representing positions within strained layer 102 and a y-axis representing a logarithm of dopant concentration. A concentration [n] 870 of dopants in source 840 and source extension 800 and a concentration [n] 875 of dopants in drain 850 and drain extension 810 may have a maximum level of approximately $10^{21}$ atoms/cubic centimeter at a level 880 disposed below a surface of strained layer 102. Dopants disposed in an outer region of source 840 may define a source extent 890, and dopants disposed in an outer region of drain 850 may define a drain extent 895. The concentration of dopants at source extent 76 and drain extent 78 may be approximately $10^{18}$ atoms/cubic centimeter. After heating of substrate 200, portions of source extent 890 and drain extent 895 disposed proximate channel 860 may diffuse a distance extending less than 12.5% of gate length $L_1$, thereby decreasing channel length $L_1$ by no more than 25%. The abruptness of the dopant concentration in the source and drain region may also be greater than 2 nm per decade (i.e., per order of magnitude in concentration). In some embodiments, this abruptness may be better than 4 nm/decade.

In an alternative embodiment, PMOS devices are formed with pre-doped gates. Here, the semiconductor material from which the PMOS gate will be defined is doped with p-type dopants (e.g. boron or indium) prior to PMOS gate definition.

In some embodiments, source and drain extensions may extend into an underlying layer that may include an element other than Si, such as Ge.

In an alternative embodiment, no mask, e.g., no implantation mask 600, is formed before gate electrode layer 520 is implanted with n-type dopants. In some embodiments, however, implantation of n-type dopants into gate electrode layer 520 material which will be used for PMOS gates (or vice versa) may adversely affect threshold voltages.

In some embodiments, gate 700 is formed from a conductive material that does not require doping, such as a metal. Gate 700 can be formed from metals such as titanium (Ti), tungsten (W), molybdenum (Mo), or tantalum (Ta), as well as other materials, e.g., titanium nitride (TiN), titanium silicon nitride (TiSiN), tungsten nitride (WN), tantalum nitride (TaN), tantalum silicide (TaSi), iridium (Ir), iridium oxide ($IrO_2$), etc., that provide an appropriate workfunction, i.e., a workfunction of approximately 4–5.5 electron volts (eV), without doping. Metal gates may have a depletion region of 20 angstroms or less, preferably less than 10 angstroms.

Referring to FIG. 9, a first transistor 910 and a second transistor 920 may be formed over strained layer 102. At least a portion 922 of first source 840 and at least a portion 924 of first drain 850 may be disposed in a first portion 930 of the strained layer 102. First source 840 and first drain 924

10

may extend into compressively strained layer 208 and relaxed layer 104. First gate 700 may be disposed above strained layer 102 and between first source 840 and first drain 850. First gate 700 may include a metal, such as titanium, tungsten, molybdenum, tantalum, nickel, cobalt, or platinum. In some embodiments, gate 700 may contain a metal-semiconductor alloy, such as metal silicide, metal germanocide, or metal germanosilicide. In some embodiments, the gate 700 may include only a metal-semiconductor alloy. Channel 860 may be disposed under gate 700. Source 840 may include source extent 890 and drain 850 may include a drain extent 895. Each or both of the drain source extent 890 and drain extent 895 may extend under gate 700 a distance less than 12.5% of channel length $L_1$ (see FIG. 8A). A concentration of dopants in the source extent 890 and/or the drain extent 895 may be at least $10^{18}$ atoms/cubic centimeter.

The second transistor 920 may include a second source 940 and a second drain 950 disposed in a second portion 960 of the strained layer 102. A second gate 965 may be disposed above the strained layer 102 and between the second source 940 and second drain 950. The second gate 965 may include a second metal, such as titanium, tungsten, molybdenum, tantalum, nickel, cobalt, or platinum. In some embodiments, gate 965 may contain a metal-semiconductor alloy. In some embodiments, the gate 965 may include only a metal-semiconductor alloy. A second gate dielectric layer 970 may be disposed between the second gate 965 and the strained layer 102. The first transistor 910 may be an n-type metal-oxide semiconductor field-effect transistor (n-MOSFET), the first source 840 and the first drain 850 may include n-type dopants. The second transistor 920 may be a p-type metal-oxide-semiconductor field-effect transistor (p-MOS-FET), and the second source 940 and second drain 950 may include p-type dopants. CMOS device 900, therefore, includes both n-MOSFET 910 and p-MOSFET 920.

In some embodiments, gates 700 and 965 may be formed from semiconductor layers or from metal-semiconductor alloys, such as silicides.

In a CMOS device, a single gate having a mid-band gap workfunction (approximately 4.4–4.6 eV) may be used for both NMOS and PMOS devices such as, for example, fully depleted semiconductor-on-insulator devices built on SSOI substrates. Alternatively, two different materials having workfunctions closer to the respective band edges, e.g., approximately 0.2–0.4 eV below the conduction band edge (~4 eV) or approximately 0–0.2 eV above the valence band edge (~5 eV), may be used for NMOS and PMOS devices, respectively, formed with strained semiconductors such as strained silicon. By using a gate material that provides an appropriate workfunction without doping, gate depletion effects are avoided because dopants are unnecessary. Further, adverse short channel effects due to dopant diffusion from source and drain extensions 800, 810 are also avoided by the elimination of high thermal budget activation steps.

In some embodiments, gate electrode layer 520 may be formed from a gate semiconductor material such as polycrystalline Si, Ge, or SiGe that is reacted with a subsequently deposited metal, e.g., nickel, cobalt, titanium, or platinum, either before or after the definition of gate 700. The gate semiconductor material may be deposited as a layer by CVD and may have a thickness of approximately 500–2000 Å, e.g., 1000 Å. The subsequently deposited metal may be deposited by, e.g., sputter deposition, and may have a thickness of, for example, 2–15 nm. The gate semiconductor material and the metal may be reacted in a reaction process such as a silicidation process that includes, e.g., rapid

US 7,074,655 B2

11
12

thermal processing at, for example, 10–120 seconds at 400–850° C. The reaction process can also include a second rapid thermal processing step after a wet chemical strip that removes any unreacted metal from the structure. In these embodiments, the reaction conditions and the thicknesses of the gate semiconductor material and the metal are selected such that the gate semiconductor material and the metal substantially completely react with each other to form a metal-semiconductor alloy, such as a metal silicide. Gate **700**, thus, substantially comprises a silicide material such as nickel silicide, cobalt silicide, titanium silicide, or platinum silicide, or a germanocide material such as nickel germanocide, cobalt germanocide, titanium germanocide, or platinum germanocide. Gate electrode layer **520** may be doped by the introduction of a plurality of n-type or p-type dopants prior to the reaction process, e.g., the silicidation reaction. Such doping may alter the post-reaction process gate work-function, facilitating the fabrication of devices with a desired threshold voltage. The reaction process may be performed before or after the definition of gate **700**. Because the full reaction of the semiconductor gate electrode layer **520** (and hence gate **700**) results in gate **700** being a metal gate, polysilicon depletion effects are eliminated.

Referring to FIG. **10** as well as to FIGS. **4** and **9**, transistor **910** may be formed over SSOI substrate **410**, in which strained layer **102** is disposed in contact with dielectric layer **410**. In this embodiment, source **840** and drain **850** are disposed entirely within strained layer **102**.

The methods and structures described above with reference to FIGS. **5**–**10** may be formed on other epitaxial wafers, such as the wafers illustrated in FIGS. **1** and **3**.

The invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The foregoing embodiments are therefore to be considered in all respects illustrative rather than limiting on the invention described herein. Scope of invention is thus indicated by the appended claims rather than by the foregoing description, and all changes which come within the meaning and range of equivalency of the claims are intended to be embraced therein.

The invention claimed is:

**1**. A method for forming a structure, the method comprising:

forming a gate of a transistor over a substrate, the gate defining a channel therebelow;

introducing a plurality of dopants into the substrate proximate the channel to define a source and drain; and

heating the substrate to a temperature for a time to activate the plurality of dopants,

wherein the gate includes a depletion region having a thickness less than approximately 20 Angstroms, and at least one of the temperature and the time is sufficiently low so that diffusion of the plurality of dopants beyond the source and the drain is sufficiently low such that an off current of the transistor is low.

**2**. The method of claim **1**, wherein the channel comprises a strained semiconductor.

**3**. The method of claim **1**, wherein forming the gate comprises depositing a semiconductor layer over the substrate, forming a metal layer over the semiconductor layer, and heating the substrate such that at least a portion of the semiconductor layer reacts with the metal layer to form a metal-semiconductor alloy.

**4**. The method of claim **3**, further comprising introducing a plurality of dopants into the gate.

**5**. The method of claim **3**, wherein substantially all of the semiconductor layer reacts with the metal to form the metal-semiconductor alloy.

**6**. The method of claim **3**, wherein the metal comprises Ni.

**7**. The method of claim **6**, wherein the substrate is heated by at least one of flash annealing and laser annealing and the time is less than 1 second.

**8**. The method of claim **7**, wherein the temperature is chosen from a range of 900° C. –1350° C.

**9**. The method of claim **1**, wherein after heating the substrate, an abruptness of a dopant concentration in at least one of the source and the drain is greater than approximately 2 nanometers per decade.

**10**. The method of claim **9**, wherein the abruptness is greater than approximately 4 nanometers per decade.

**11**. The method of claim **1**, wherein the gate consists essentially of metal.

**12**. The method of claim **11**, wherein the metal consists essentially of a single metallic element.

**13**. The method of claim **11**, wherein the metal consists essentially of at least two metallic elements.

**14**. The method of claim **1**, wherein at least one of the source and drain comprises an element other than Si.

**15**. The method of claim **14**, wherein the element comprises Ge.

**16**. The method of claim **1**, wherein at least one of the source and the drain comprises a strained semiconductor material.

**17**. The method of claim **16**, wherein the strained semiconductor material is compressively strained.

**18**. The method of claim **1**, wherein the strained semiconductor material comprises at least one of SiGe and Ge.

**19**. The method of claim **1**, wherein the off current is less than $10^{-6}$ Amperes per micrometer.

**20**. The method of claim **19**, wherein the off current is less than $10^{-9}$ Amperes per micrometer.

**21**. A structure comprising:

a substrate;

an n-type metal-oxide semiconductor field-effect transistor disposed over the substrate including:

a first source and a first drain, defining a first channel therebetween and each of the first source and first drain comprising n-type dopants,

a first gate disposed above the first channel, the first gate having a first workfunction and comprising a first metal, and

a first gate dielectric layer disposed between the first gate and the first channel; and

a p-type metal-oxide semiconductor field-effect transistor disposed over the substrate including:

a second source and a second drain, defining a second channel therebetween and each of the second source and second drain comprising p-type dopants;

a second gate disposed above the second channel, the second gate having a second workfunction and comprising a second metal; and

a second gate dielectric layer disposed between the second gate and the second channel,

wherein the first workfunction is substantially different from the second workfunction, and at least one of the first channel and the second channel comprises a strained semiconductor.

**22**. The structure of claim **21**, wherein the first channel and the second channel each comprises a strained semiconductor.

US 7,074,655 B2

13

**23**. The structure of claim **21**, wherein at least one of the first metal and the second metal comprises at least one of molybdenum, titanium, tantalum, tungsten, iridium, cobalt, and platinum.

**24**. The structure of claim **21**, wherein at least one of the first metal and the second metal comprises nickel.

**25**. The structure of claim **21**, wherein at least one of the first gate and the second gate consists essentially of a metal-semiconductor alloy.

**26**. The structure of claim **21**, wherein an abruptness of a dopant concentration in at least one of the first source, the first drain, the second source, and the second drain is greater than approximately 2 nanometers per decade.

14

**27**. The structure of claim **26**, wherein the abruptness is greater than approximately 4 nanometers per decade.

**28**. The structure of claim **21**, wherein at least one of the first source, the first drain, the second source, and the second drain comprises a second strained semiconductor.

**29**. The structure of claim **28**, wherein the second strained semiconductor is compressively strained.

**30**. The structure of claim **28**, wherein the second strained semiconductor comprises at least one of SiGe and Ge.

**31**. The structure of claim **21**, wherein the strained semiconductor comprises tensilely strained Si.

* * * * *