IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEL CORPORATION, | ) | |
| | ) | |
| Plaintiff/Counterclaim-defendant, | ) | |
| | ) | |
| vs. | ) | C.A. No. 06-429 (KAJ) |
| | ) | |
| AMBERWAVE SYSTEMS CORPORATION, | ) | |
| | ) | |
| Defendant/Counterclaim-plaintiff. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Amberwave's Electronic Discovery Disclosures* were caused to be served on August 21, 2006 upon the following in the manner indicated:

**BY HAND & EMAIL**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19899
jingersoll@ycst.com
jshaw@ycst.com

**BY FACSIMILE & EMAIL**

George M. Newcombe, Esq.
Patrick E. King, Esq.
Simpson Thacher and Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304
gnewcome@stblaw.com
pking@stblaw.com

**BY EMAIL**

Nancy Anderson, Esq.
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
nanderson@stblaw.com

David LaRocca, Esq.
Simpson Thacher and Bartlett LLP
425 Lexington Avenue
New York, NY 10017
dlarocca@stblaw.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
lpolizoti@mnat.com
  *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

August 21, 2006

## CERTIFICATE OF SERVICE

I, Leslie A. Polizoti, hereby certify that on August 21, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll (#1088)
> John W. Shaw (#3362)
> Young, Conaway, Stargatt & Taylor, LLP

and that I also caused copies to be served upon the following in the manner indicated:

### BY HAND and EMAIL

Josy W. Ingersoll
John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

### BY FACSIMILE and EMAIL

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
3300 Hillview Avenue
Palo Alto, CA  94304

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com