IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>               Defendant. | Case No. 06-429-KAJ |

**NOTICE OF SERVICE**

The undersigned, counsel for Intel Corporation, hereby certify that copies of Intel Corporation's Disclosures Pursuant to Standard No. 2 of Default Standard for Discovery of Electronic Documents was caused to be served on August 24, 2006 on the following counsel of record in the manner indicated below:

**BY HAND DELIVERY & ELECTRONIC MAIL**

    Jack B. Blumenfeld, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

**BY FEDERAL EXPRESS & ELECTRONIC MAIL**

    Jason G. Sheasby, Esquire
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 24, 2006 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND CM/ECF**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL & FEDERAL EXPRESS**

Jason G. Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

Attorneys for Intel Corporation

OF COUNSEL:

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
(650) 251-5000

Dated: August 24, 2006