IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim-defendant, | ) |
| | ) |
| vs. | ) C.A. No. 06-429 (KAJ) |
| | ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant/Counterclaim-plaintiff. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Amberwave's First Set of Requests for Production* were caused to be served on August 24, 2006 upon the following in the manner indicated:

**BY HAND & EMAIL**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19899
jingersoll@ycst.com
jshaw@ycst.com

**BY EMAIL**

George M. Newcombe, Esq.
Patrick E. King, Esq.
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
gnewcome@stblaw.com
pking@stblaw.com

David LaRocca, Esq.
Simpson Thacher and Bartlett LLP
425 Lexington Avenue
New York, NY 10017
dlarocca@stblaw.com

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Julia Heaney*

        _____
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        jheaney@mnat.com
          *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

August 24, 2006

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on August 24, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll (#1088)
>John W. Shaw (#3362)
>Young, Conaway, Stargatt & Taylor, LLP

and that I also caused copies to be served upon the following in the manner indicated:

**BY HAND and EMAIL**

Josy W. Ingersoll
John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY EMAIL**

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
gnewcombe@stblaw.com
pking@stblaw.com

David LaRocca
Simpson Thacher and Bartlett LLP
425 Lexington Avenue
New York, NY  10017
dlarocca@stblaw.com

*/s/ Julia Heaney*
Julia Heaney (#3052)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
jheaney@mnat.com