IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMBERWAVE SYSTEMS CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 06-429-KAJ |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Victor Cole of Simpson Thacher & Bartlett LLP to represent Intel Corporation in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 for each attorney has already been paid.

YOUNG CONAWAY STARGATT &<br>
TAYLOR, LLP<br>
<br>
/s/ Karen E. Keller<br>
John W. Shaw (No. 3362)<br>
Karen E. Keller (No. 4489)<br>
The Brandywine Building, 17th Floor<br>
1000 West Street<br>
Wilmington, Delaware 19801<br>
(302) 571-6600<br>
kkeller@ycst.com<br>
<br>
*Attorneys for Intel Corporation*

Dated: August 31, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Victor Cole is granted.

Date: September ___, 2006                                    _____
                                                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, Victor Cole, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, United States District Courts for the Southern and Eastern District of New York, United States District Court for the Eastern District of Texas, the United States Court of Appeals for the Federal Circuit, and the Supreme Court of the United States and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

                            */s/ Victor Cole*
                            Victor Cole
                            Simpson Thacher & Bartlett LLP
                            425 Lexington Avenue
                            New York, New York 10017
                            (212) 455-2000

Date: 8/21/06

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on August 31, 2006, I caused a copy of the foregoing document to be served on the following counsel in the manner indicated below:

**BY HAND DELIVERY & ELECTRONIC MAIL**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY FEDERAL EXPRESS & ELECTRONIC MAIL**

Jason G. Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Intel Corporation*