IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-429-KAJ |
| | : |
| AMBERWAVE SYSTEMS CORPORATION, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **13th** day of **September, 2006**.

IT IS ORDERED that the teleconference scheduled for **September 27, 2006** is now scheduled to begin **at 1:30 p.m.** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE