IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim-defendant, | ) |
| | ) |
| vs. | ) C.A. No. 06-429 (KAJ) |
| | ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant/Counterclaim-plaintiff. | ) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the date by which the parties shall apply to the Court for a protective order pursuant to paragraph 4 of the Scheduling Order in this action (D.I. 24) is extended to and including October 4, 2006.

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen E. Keller* | */s/ Leslie A. Polizoti* |
| Josy W. Ingersoll (#1088) | Jack B. Blumenfeld (#1014) |
| John W. Shaw (#3362) | Leslie A. Polizoti (#4299) |
| Karen E. Keller (#4489) | 1201 N. Market Street |
| The Brandywine Building | P.O. Box 1347 |
| 1000 West Street, 17th Floor | Wilmington, DE 19899-1347 |
| P.O. Box 391 | (302) 658-9200 |
| Wilmington, DE 19899 | lpolizoti@mnat.com |
| *Attorneys for Intel Corporation* | *Attorneys for AmberWave Systems Corporation* |

SO ORDERED this ___ day of September, 2006.

_____
United States District Judge