IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>              Defendant. | Case No. 06-429-KAJ |

## NOTICE OF SERVICE

The undersigned, counsel for Intel Corporation, hereby certify that copies of the Initial Disclosures of Intel Corporation were caused to be served on September 19, 2006 on the following counsel of record in the manner indicated below:

**BY HAND DELIVERY & ELECTRONIC MAIL**

    Jack B. Blumenfeld, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899-1347

**BY FEDERAL EXPRESS & ELECTRONIC MAIL**

    Jason G. Sheasby, Esquire
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA  90067

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 19, 2006 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND CM/ECF**

 Jack B. Blumenfeld, Esquire
 Morris Nichols Arsht & Tunnell
 1201 North Market Street
 P.O. Box 1347
 Wilmington, DE  19899-1347

**BY ELECTRONIC MAIL & FEDERAL EXPRESS**

 Jason G. Sheasby, Esquire
 Irell & Manella LLP
 1800 Avenue of the Stars, Suite 900
 Los Angeles, CA  90067

 YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ *Karen E. Keller*
 John W. Shaw (No. 3362)
 Karen E. Keller (No. 4489)
 The Brandywine Building
 1000 West Street, 17th Floor
 P.O. Box 391
 Wilmington, DE 19899-0391
 (302) 571-6600
 kkeller@ycst.com

 Attorneys for Intel Corporation

OF COUNSEL:

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
(650) 251-5000

Dated:  September 19, 2006