IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-429 (KAJ) |
| ) | |
| vs. ) | |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of AmberWave Systems Corporation's Initial Disclosures Pursuant To Federal Rule Of Civil Procedure 26(a)(1) were caused to be served on September 19, 2006 upon the following in the manner indicated:

**BY FEDERAL EXPRESS & E-MAIL**

George M. Newcombe, Esquire
Patrick E. King, Esquire
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
gnewcome@stblaw.com
pking@stblaw.com

**BY E-MAIL**

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19899
jingersoll@ycst.com
jshaw@ycst.com

**BY E-MAIL**

Nancy Anderson, Esquire
Simpson Thacher and Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
nanderson@stblaw.com

David LaRocca, Esquire
Simpson Thacher and Bartlett LLP
425 Lexington Avenue
New York, NY 10017
dlarocca@stblaw.com

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Leslie A. Polizoti*

                          Jack B. Blumenfeld (#1014)
                          Leslie A. Polizoti (#4299)
                          1201 N. Market Street
                          P.O. Box 1347
                          Wilmington, DE  19899-1347
                          (302) 658-9200
                          lpolizoti@mnat.com
                            *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067
(310) 277-1010

September 19, 2006

## CERTIFICATE OF SERVICE

I, Leslie A. Polizoti, hereby certify that on September 19, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll (#1088)
> John W. Shaw (#3362)
> Young, Conaway, Stargatt & Taylor, LLP

and that on September 19, 2006 I also caused copies to be served upon the following in the manner indicated:

### BY FACSIMILE

Josy W. Ingersoll
John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 576-3301 (Fax)

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
(650) 251-5002 (Fax)

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com