IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-301-KAJ (Consolidated) |
| INTEL CORPORATION, | : : : | |
| Defendant. | : : | |
| INTEL CORPORATION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 06-429-KAJ |
| AMBERWAVE SYSTEMS CORPORATION, | : : : | |
| Defendant. | : | |

### ORDER

At Wilmington this **10th** day of **October, 2006,**

IT IS ORDERED that the time for the teleconference scheduled in the above matters for **Wednesday, October 18, 2006 shall now be at 10:00 a.m. Eastern Time** with Judge Thynge instead of 11:00 a.m. Eastern Time. **Counsel for AmberWave shall initiate the teleconference call.** Counsel are to notify the Court immediately if there is a problem with this date and time for the teleconference. It shall be the responsibility of the party who has the conflict with the date and time to check with the Court and other counsel for another date and time for the teleconference should a conflict arise.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

<u>/s/ Mary Pat Thynge</u>
UNITED STATES MAGISTRATE JUDGE