IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim-defendant, | ) |
| | ) |
| vs. | ) C.A. No. 06-429 (KAJ) |
| | ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant/Counterclaim-plaintiff. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *AmberWave Systems Corporation's Responses to Intel's First Set of Interrogatories* and *AmberWave Systems Corporation's Responses to Intel's First Set of Requests for Documents* were caused to be served on October 20, 2006 upon the following in the manner indicated:

**BY FACSIMILE & EMAIL**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19899
jingersoll@ycst.com
jshaw@ycst.com


George M. Newcombe, Esq.
Patrick E. King, Esq.
Simpson Thacher and Bartlett LLP
3330 Hillview Avenue
Palo Alto, CA  94304
gnewcome@stblaw.com
pking@stblaw.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
lpolizoti@mnat.com
 *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

October 20, 2006

2

**CERTIFICATE OF SERVICE**

       I, Jack B. Blumenfeld, hereby certify that on October 20, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

       Josy W. Ingersoll (#1088)
       John W. Shaw (#3362)
       Young, Conaway, Stargatt & Taylor, LLP

and that I also caused copies to be served upon the following in the manner indicated:

**BY HAND and EMAIL**

       Josy W. Ingersoll
       John W. Shaw
       Young, Conaway, Stargatt & Taylor, LLP
       The Brandywine Building
       1000 West Street, 17th Floor
       Wilmington, DE 19801

**BY FACSIMILE and EMAIL**

       George M. Newcombe
       Patrick E. King
       Simpson Thacher & Bartlett LLP
       3300 Hillview Avenue
       Palo Alto, CA 94304

       */s/ Jack B. Blumenfeld*
       Jack B. Blumenfeld (#1014)
       jblumenfeld@mnat.com