IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>    Defendant. | Case No. 06-429-KAJ |

### NOTICE OF SERVICE

The undersigned, counsel for Intel Corporation, hereby certify that copies of (1) Intel's Responses and Objections to AmberWave's First Set of Interrogatories and (2) Intel's Responses and Objections to AmberWave's First Set of Requests for Production were caused to be served on October 20, 2006 on the following counsel of record in the manner indicated below:

**BY US EXPRESS MAIL & ELECTRONIC MAIL**

  Jack B. Blumenfeld, Esquire
  Morris Nichols Arsht & Tunnell
  1201 North Market Street
  P.O. Box 1347
  Wilmington, DE  19899-1347

  Jason G. Sheasby, Esquire
  Irell & Manella LLP
  1800 Avenue of the Stars, Suite 900
  Los Angeles, CA  90067

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on October 25, 2006 upon the following counsel of record in the manner indicated:

**BY CM/ECF AND ELECTRONIC MAIL ON OCTOBER 25, 2006
AND BY HAND DELIVERY ON OCTOBER 26, 2006**

>Jack B. Blumenfeld, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347

**BY ELECTRONIC MAIL ON OCTOBER 25, 2006 AND
BY FEDERAL EXPRESS ON OCTOBER 26, 2006**

>Jason G. Sheasby, Esquire
>Irell & Manella LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA  90067

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ *Karen E. Keller*
>John W. Shaw (No. 3362)
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6600
>kkeller@ycst.com

>Attorneys for Intel Corporation

OF COUNSEL:

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
(650) 251-5000

Dated:  October 25, 2006