IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-429-KAJ |
| ) | |
| AMBERWAVE SYSTEMS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert A. Bourque of Simpson Thacher & Bartlett LLP to represent Intel Corporation in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 has already been paid.

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
> /s/ Karen E. Keller
> _____
> John W. Shaw (No. 3362)
> Karen E. Keller (No. 4489)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> (302) 571-6600
> kkeller@ycst.com
>
> *Attorneys for Intel Corporation*

Dated: November 17, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Victor Cole is granted.

Date: November ___, 2006      _____
                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Robert A. Bourque, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

_____
Robert A. Bourque
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000

Date: 11-7-06

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on November 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Leslie A. Polizoti, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

I further certify that on November 17, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

> David I. Gindler, Esquire
> Christopher A. Vanderlaan, Esquire
> Jason G. Sheasby, Esquire
> Amir Naini, Esquire
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Karen E. Keller@ycst.com
*Attorneys for Intel Corporation*