## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-429-*** (MPT) |
| AMBERWAVE SYSTEMS CORPORATION, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **4th** day of **January, 2007**,

IT IS ORDERED that the mediation conference scheduled for Saturday, January 6, 2007 at 9:00 a.m. is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE