IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-429-*** |
| AMBERWAVE SYSTEMS CORPORATION, | ) ) ) |
| Defendant. | ) ) |
| AMBERWAVE SYSTEMS CORPORATION, | ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| INTEL CORPORATION, | ) ) |
| Counterdefendant. | ) ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced action (the "Action"), including, without limitation, all claims and counterclaims asserted in the Action, are hereby dismissed <u>with prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees, including attorneys fees.

DATED: February 26, 2007

2

By:  /s/ *Jack B. Blumenfeld*                         /s/ *John W. Shaw*

Jack B. Blumenfeld (#1014)  
Leslie A. Polizoti (#4299)  
MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, Delaware  19899  
Attorneys for AmberWave Systems Corporation

Josy W. Ingersoll (No. 1088)  
John W. Shaw (No. 3362)  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
The Brandywine Building, 17th Floor  
1000 West Street  
Wilmington, Delaware  19801  
Attorneys for Intel Corporation

SO ORDERED this _____ day of _____, 2007.

_____  
United States District Court Judge