IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMBERWAVE SYSTEMS CORPORATION, )<br>)<br>Defendant. )<br>)<br>AMBERWAVE SYSTEMS CORPORATION, )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>INTEL CORPORATION, )<br>)<br>Counterdefendant. )<br>) | Civil Action No. 06-429-*** |

## STIPULATION OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced action (the "Action"), including, without limitation, all claims and counterclaims asserted in the Action, are hereby dismissed <u>with prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees, including attorneys fees.

DATED: February 26, 2007

Case 1:06-cv-00429-***    Document 53    Filed 02/26/2007    Page 2 of 2

By:  /s/ *Jack B. Blumenfeld*                              /s/ *John W. Shaw*

    Jack B. Blumenfeld (#1014)                    Josy W. Ingersoll (No. 1088)
    Leslie A. Polizoti (#4299)                         John W. Shaw (No. 3362)
    MORRIS, NICHOLS, ARSHT &                      YOUNG CONAWAY STARGATT
    TUNNELL LLP                                            & TAYLOR, LLP
    1201 N. Market Street                                The Brandywine Building, 17th Floor
    P.O. Box 1347                                           1000 West Street
    Wilmington, Delaware 19899                     Wilmington, Delaware 19801
    Attorneys for AmberWave Systems            Attorneys for Intel Corporation
    Corporation

SO ORDERED this __2nd__ day of __March__, 2007.

                                                            United States District Court Judge