AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>06cv429 | DATE FILED<br>7/11/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Intel Corporation | | DEFENDANT<br>Amberwave Systems Corporation |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,074,655 B2 | 7/11/06 | Amberwave Systems Corporation |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation of Dismissal Attached. |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>July 12, 2006 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>             Plaintiff,<br><br>   v.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>             Defendant.<br><br>AMBERWAVE SYSTEMS CORPORATION,<br><br>             Counterclaimant,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>             Counterdefendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-429-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced action (the "Action"), including, without limitation, all claims and counterclaims asserted in the Action, are hereby dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees, including attorneys fees.

DATED: February 26, 2007

By: /s/ Jack B. Blumenfeld                    /s/ John W. Shaw

Jack B. Blumenfeld (#1014)                    Josy W. Ingersoll (No. 1088)
Leslie A. Polizoti (#4299)                    John W. Shaw (No. 3362)
MORRIS, NICHOLS, ARSHT &                      YOUNG CONAWAY STARGATT
TUNNELL LLP                                   & TAYLOR, LLP
1201 N. Market Street                         The Brandywine Building, 17th Floor
P.O. Box 1347                                 1000 West Street
Wilmington, Delaware 19899                    Wilmington, Delaware 19801
Attorneys for AmberWave Systems               Attorneys for Intel Corporation
Corporation

SO ORDERED this 2nd day of March, 2007.

_____
United States District Court Judge